**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

United States of America

vs.

Juan Jose Zaragoza-Orozco

CRIMINAL COMPLAINT
CASE: 14-11010M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about October 25, 2014 at or near Nogales, Arizona, in the District of Arizona, Juan Jose Zaragoza-Orozco, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on July 9, 2012 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(2).

   Juan Jose Zaragoza-Orozco is a citizen of Mexico. On July 9, 2012, Juan Jose Zaragoza-Orozco was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On October 25, 2014, agents found Juan Jose Zaragoza-Orozco in the United States at or near Nogales, Arizona without the proper immigration documents. Juan Jose Zaragoza-Orozco did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Juan Jose Zaragoza-Orozco, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Juan Jose Zaragoza-Orozco admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on October 25, 2014, at or near Nogales, Arizona.

File Date: 10/27/2014

at Tucson, Arizona

Ivan Chokan, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 10/27/2014

Bruce G. Macdonald
United States Magistrate Judge

Alien Number: 070 067 498